UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Jonathan David Price<br><br>Admin Docket No.<br>7:21-cv-00633-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Jonathan David Price, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, **Florida Northern District Court, Pensacola Division** absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: April 14, 2022       Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502

Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day of April, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Bryan F. Aylstock
Bryan F. Aylstock